**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Terrence MOODY, Defendant—Appellant.**

**No. 10–6845.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2010.

Decided: Aug. 12, 2010.

Terrence Moody, Appellant Pro Se. Kwame Jangha Manley, Assistant United States Attorney, Baltimore, MD, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Moody appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Moody,* No. 1:06–cr–00074–WDQ–9 (D.Md. May 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*